ORIGINAL

FILED

05/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0004

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0004

---

FILED

MAY 0 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF
SAMUEL P. NEWTON

O R D E R

---

Samuel P. Newton has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since April 2023.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 4 day of May, 2023.

For the Court,

By _____
Chief Justice